UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2020

CITY MERCHANDISE INC.,

    Plaintiff,

-against-

TIAN TIAN TRADING INC. and WEIWEI LIN,

    Defendants.

1:19-cv-09649-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Defendant's Letter Motion to Seal [ECF 24] and Motion to Withdraw [ECF 25, ECF 26] are DENIED without prejudice. The redactions sought are far more broad than necessary.

It is further ORDERED that the parties are to appear telephonically for a conference on **April 21, 2020 at 11:00AM**. Both Defense Counsel and a representative of Defendant Tian Tian Trading Inc. are required to be present for the teleconference. The parties should be prepared to discuss both the request to withdraw and, if filed, an appropriate motion to file under seal. The parties should confer and provide the Court with a dial-in number for the teleconference no later than 24 hours prior to the scheduled time.

**SO ORDERED.**

Date:  March 26, 2020
        New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**