```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY MERCHANDISE INC.,

                Plaintiff,

-against-

TIAN TIAN TRADING INC. and WEIWEI LIN,

                Defendants.

1:19-cv-09649-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On April 30, 2020, Defendants' counsel filed a Letter Motion to Seal his Second Motion to Withdraw [ECF No. 31]. Having reviewed counsel's proposed redactions and finding them to be sufficiently narrowly tailored, the Court hereby GRANTS Defendants' Motion to Seal.

**SO ORDERED.**

**Date: May 11, 2020**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**