UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2024
```

CITY MERCHANDISE INC.,

                              Plaintiff,

            -against-

TIAN TIAN TRADING INC. and WEIWEI
LIN,

                              Defendants.

1:19-cv-09649-MKV

<u>**SCHEDULING ORDER**</u>

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff filed a motion for default judgment as to Defendant Tian Tian Trading Inc. ("TTT"). [ECF No. 81]. IT IS HEREBY ORDERED that the parties shall appear on March 5, 2024 at 11:30 AM for a hearing on Plaintiff's motion for a default judgment. The hearing will be held in Courtroom 18C of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that by January 29, 2024, Plaintiff shall: (1) serve on TTT both a copy of this Order and Plaintiff's motion for a default judgment and all supporting papers; and (2) file proof of such service on ECF. Any opposition to, or submission in further support of, the motion for a default judgment shall be filed by February 12, 2024.

SO ORDERED.

Date:  **January 22, 2024**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**