UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY MERCHANDISE INC.,

    Plaintiff,

-against-

TIAN TIAN TRADING INC. & WEIWEI LIN,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2024

1:19-cv-09649-MKV

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

MARY KAY VYSKOCIL, United States District Judge:

On March 5, 2024, the Court held a hearing on Plaintiff's motion for default judgment against Defendant Tian Tian Trading Inc.[1] [ECF No. 81]. Upon careful review of Plaintiff's application and the materials submitted in support, for the reasons explained on the record at that hearing, and as further detailed in this Order, the Court GRANTS Plaintiff's motion for default judgment.

Accordingly, IT IS HEREBY ORDERED that judgment by default be entered in favor of Plaintiff and against Defendant Tian Tian Trading Inc. as follows:

1. Statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $60,000.00 for the infringement of Plaintiff's copyrighted work (the "Copyrighted Work");

2. Attorneys' fees, pursuant to 17 U.S.C. § 505, in the amount of $56,225.50;

3. Reasonable costs and expenses, pursuant to 17 U.S.C. § 505, in the amount of $1,200.00;

4. Post-judgment interest, pursuant to 28 U.S.C. § 1961, from the date of this judgment until payment.

---

[1] On January 17, 2024, Plaintiff voluntarily dismissed all claims against Defendant Weiwei Lin. [ECF No. 88].

IT IS FURTHER ORDERED that a permanent injunction be entered against Defendant Tian Tian Trading Inc., pursuant to 17 U.S.C. § 502(a) and Federal Rule of Civil Procedure 65(d), as follows:

Tian Tian Trading Inc., its officers, directors, agents, attorneys, and all persons or entities acting in active concert with them, are permanently enjoined and restrained from:

1. Copying, reproducing, manufacturing, importing, distributing, selling, offering for sale, advertising, marketing, promoting, or otherwise exploiting the Copyrighted Work (Registration No. VA 1-836-475, as illustrated in the Complaint in this action [ECF No. 1 at 2, Ex. B]) without Plaintiff's express written authorization; or enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing others to engage in such activities; and

2. Otherwise infringing rights in Plaintiff's Copyrighted Work, whether directly, secondarily, by active inducement, contributorily, vicariously or in any other manner.

The Clerk of Court respectfully is requested to terminate the motion pending at ECF No. 81 and to close the case.

**SO ORDERED.**

**Date: March 5, 2024**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**